UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Michael Duane Griffin                                    Docket No. 3:12CR00018-001

Addendum to
Petition on Supervised Release

The Court is referred to the original Petition on Supervised Release signed by Your Honor on March 18, 2015.

**CONDITION 1:**                      LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION.

On April 3, 2015, Mr. Griffin left the Eastern District of Virginia without the permission of the Probation Officer. Mr. Griffin traveled to Philadelphia, Pennsylvania, without the permission of the Probation Officer.

**CONDITION 2:**                      FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.

Mr. Griffin failed to submit a Monthly Supervision Report for the month of March 2015. This is in addition to the months noted under Condition #2 in the original Petition on Supervised Release.

**CONDITION 11:**                     FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING QUESTIONED BY A LAW ENFORCEMENT OFFICER.

On, April 3, 2015, Mr. Griffin was questioned by the Philadelphia Police Department in Philadelphia, Pennsylvania, as result of a traffic stop. Mr. Griffin did not report the contact to the Probation Officer until April 8, 2015, after the Probation Officer inquired about his whereabouts on April 3, 2015, and if he had any contact with law enforcement.

## ORDER OF COURT

Considered and ordered this 10th day of April, 2015, that the Petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.

/s/
The Honorable Henry E. Hudson
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2015

Charles E. Moore
Senior United States Probation Officer

Place Richmond, Virginia

CEM/djb