IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12CR018-heh |
| | ) | |
| MICHAEL DUANE GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW, the United States of America, by and through its representatives, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Angela Mastandrea-Miller, Assistant United States Attorney, and advises the Court that Angela Mastandrea-Miller will serve as counsel for the United States for the pending Petition on Supervised Release in the above-captioned matter.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s_____
Angela Mastandrea-Miller
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: 804-819-5400
Facsimile: 804-771-2316

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 15, 2015, a Notice of Appearance was filed in the above-captioned matter using the ECF filing system which will send notice of such filing to counsel for the defendant.

_____/s_____
Angela Mastandrea-Miller
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, VA 23219
Telephone:   804-819-5400
Facsimile: 804-771-2316
Email:   Angela.Miller3@usdoj.gov