IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal Case No. 3:12CR18-HEH

MICHAEL D. GRIFFIN,
          Defendant.

### DEFENDANT'S EXHIBIT LIST

COMES NOW, Michael Duane Griffin, by counsel, and request that the court receive the following attached letters as exhibits at the supervised release violation hearing currently scheduled for October 23, 2015, at 9:30 a.m.

1. Character Letter, Jim Whelan, Northfield, New Jersey.

2. Letter in Support, Chrissy Fukushima, Chester, Virginia.

3. Letter in Support, Harvey Lloyd, Chester, Virginia.

Respectfully submitted,

MICHAEL D. GRIFFIN

By: _____/s/_____
Valencia Roberts
Assistant Federal Public Defender
VSB No. 44999
Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
Ph. (804) 565-0885
Fax (804) 648-5033
Email: valencia_roberts@fd.org

1

## CERTIFICATE

I hereby certify that on October 22, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to Angela Mastandrea-Miller Assistant United States Attorney, Office of the United States Attorney, 600 E Main St., Suite 1800, Richmond, VA 23219 at Angela.miller3@usdoj.gov.

                                                                 /s/
                                        Valencia Roberts
                                        Assistant Federal Public Defender
                                        VSB No. 44999
                                        Office of the Federal Public Defender
                                        701 East Broad Street, Suite 3600
                                        Richmond, VA 23219
                                        Ph. (804) 565-0885
                                        Fax (804) 648-5033
                                        Email: valencia_roberts@fd.org

NEW JERSEY SENATE

JIM WHELAN
SENATOR, 2ⁿᵈ DISTRICT
507 TILTON ROAD
NORTHFIELD, NEW JERSEY 08225
TEL (609) 383-1388
FAX (609) 383-1497
SenWhelan@njleg.org

COMMITTEES:
CHAIR
STATE GOVERNMENT,
WAGERING, TOURISM &
HISTORIC PRESERVATION
ECONOMIC GROWTH
HEALTH, HUMAN SERVICES
AND SENIOR CITIZENS

September 14, 2015

The Honorable Henry Hudson
Richmond, VA

Dear Judge Hudson,

    It is my understanding that Michael Griffin has a matter pending before the court. While I do not wish to diminish the seriousness of the issues that will be addressed by the court, I would like to offer some comments on Michael's behalf.

    I have known Michael since his days as a student in the Atlantic City schools where I was a teacher; in those days Michael was a hard-working, determined individual who came from an outstanding family. Michael was a member of Atlantic High's basketball team and while he wasn't a superstar, through his dedication, he was able to attend college on a scholarship. After college, Michael became a teacher. He certainly seemed to be one of the success stories that all of us in our community could be proud of.

    Unfortunately, Michael Griffin made some bad decisions; even more unfortunately, he has compounded his problems with some more bad decisions. Michael has acknowledged his mistakes, which is the crucial first step in avoiding these problems in the future. Unquestionably, it has taken Michael too long to figure this out. It is as if one of the assets of his character, his determination, was his undoing, as he became hard-headed and made stupid, bad decisions. While there is no doubt that the course of Michael's life is changed due to mistakes he has made, it is my hope that his life is not ruined by these mistakes and that the court would take into account Michael's underlying character as a person who now recognizes the errors of his ways and wishes to make amends for the mistakes he has made.

    Thank you for your consideration on this matter and if I can be of any further assistance please contact me.

Sincerely,

Jim Whelan


DEFENDANT'S EXHIBIT 1

October 1, 2015



Leaders in Emotional
and Academic Development

Dear Mr. Charles Moore,

Mr. Michael Duane Griffin joined our team in July of 2014. Since the beginning of his employment he has served as an elementary school teacher in our program for students with emotional disabilities. His classroom consists of approximately 15 students that have a variety of disabilities and behaviors that prevent them from returning to public school. Mr. Griffin was able to lead his team of four staff throughout the 2014 – 2015 school year and successfully returned 6 students to their public home school. His performance in the classroom, demeanor in the hallways, and presence in the building are likely the contributing factors to his peers electing him "Teacher of the Year" for the 2014-2015 school year.

He is a valuable member of our team at LEAD. His contributions are always thoughtful, meaningful, and based on wisdom gained from previous experiences or job opportunities. Students and staff throughout the building look towards him for direction and guidance. He is a well-respected individual that demonstrates a heart for seeing our students and program succeed.

If I can be of any other assistance with regard to explaining his performance at LEAD please call me at (804)-452-3730 X 348.

Sincerely,

*Chrissy Fukushima*

Chrissy Fukushima
Executive Director, The LEAD Center, Ltd.

P.O. Box 3450
Chester, Virginia 23831
622 A South 6th Avenue
Hopewell, Virginia 23860
Voice: 804 452-3730
Fax: 804 452-3725
www.leadctr.com

DEFENDANT'S EXHIBIT 2



October 21, 2015

To whom it may Concern,

Mr. Griffin has been employed at The LEAD Center, ltd for over two years. He is an elementary school teacher for special needs students. In his tenure he has successfully sent students back to public school with the skills needed to be successful. His students excel to meet the challenges he sets in the classroom.

Mr. Griffin requested this letter without divulging the specific reason for the need. I am writing concerning the need of his skill sets in our very challenging programming. We serve students who require a very high level knowledge, soft skills and basic understanding of the human condition. Mr. Griffin is able to understand and transform his students.

Mr. Griffin is one of our outstanding teachers, team members and contributors to success. I would respectfully request that any outcomes to the proceeding requiring this letter bear in mind the students in which he serves. Their needs are high and few can provide or fulfill these needs within the classroom as effectively.

Sincerely yours,

Harvey F. Lloyd, President

The LEAD Center, Ltd

Leaders in Emotional and Academic Development

P.O. Box 3450
Chester, Virginia 23831
622 A South 6th Avenue
Hopewell, Virginia 23860
Voice: 804 452-3730
Fax: 804 452-3725
www.leadctr.com



DEFENDANT'S EXHIBIT 3